UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                          Case No. 1:22-cr-20378

v.                                                 Honorable Thomas L. Ludington
                                                       United States District Judge

JEREMY ADAMS,

                                                       Honorable Curtis Ivy Jr.
        Defendant.                    United States Magistrate Judge
_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION, ACCEPTING GUILTY PLEA, AND TAKING RULE 11 PLEA AGREEMENT UNDER ADVISEMENT**

        Magistrate Judge Curtis Ivy Jr. conducted a plea hearing upon Defendant Jeremy Adams's consent. ECF No. 47. On March 20, 2023, Judge Ivy issued a report recommending the acceptance of Defendant's guilty plea. ECF No. 48. Judge Ivy gave the Parties 14 days to object, but they did not do so. They have therefore forfeited their right to appeal Judge Ivy's findings that Defendant was competent to enter a plea and did so knowingly, voluntarily, and with a basis in fact. *See* FED. R. CRIM. P. 11(b); *Berkshire v. Dahl*, 928 F.3d 520, 530–31 (6th Cir. 2019) (citing *Thomas v. Arn*, 474 U.S. 140, 149 (1985)).

        Accordingly, it is **ORDERED** that Judge Ivy's Report and Recommendation, ECF No. 48, is **ADOPTED**.

        Further, it is **ORDERED** that Defendant's guilty plea is **ACCEPTED**, and that the Rule 11 Plea Agreement, ECF No. 47, is **TAKEN UNDER ADVISEMENT**.

        Dated: April 3, 2023                            s/Thomas L. Ludington
                                                              THOMAS L. LUDINGTON
                                                               United States District Judge